IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GER LOR,

    Petitioner,                          No. CIV S-08-1277 JAM DAD P

    vs.

JOHN DOVEY,

    Respondent.                    FINDINGS & RECOMMENDATIONS

_____/

        By order filed August 13, 2008, petitioner's petition for writ of habeas corpus was dismissed and leave to file an amended petition within thirty days was granted. The thirty day period has now expired, and petitioner has not filed an amended petition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 23, 2008.

                                       /s/ Dale A. Drozd  
                                       DALE A. DROZD  
                                       UNITED STATES MAGISTRATE JUDGE

DAD:lg  
lor1277.fta