IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GER LOR,

        Petitioner,                    No. CIV S-08-1277 JAM DAD P

   vs.

JOHN DOVEY,

        Respondent.          <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On August 13, 2008, the court dismissed petitioner's application for writ of habeas corpus with thirty days leave to file an amended petition naming the proper respondent. Having not received a timely amended petition, on September 23, 2008, the court issued findings and recommendations, recommending dismissal of this action.

        Petitioner has filed timely objections to the findings and recommendations. In addition, petitioner has filed an unnecessary motion for leave to act out of time to file the objections. Good cause appearing, the court will vacate its findings and recommendations and grant petitioner an additional thirty days leave to file an amended petition.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's September 23, 2008 findings and recommendations are vacated;

2. Petitioner's November 10, 2008 motion for leave to act out of time is denied as unnecessary;

3. Within thirty days of the date of service of this order, petitioner shall file an amended petition. Any amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: November 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lor1277.111amd

2