IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GER LOR,

Petitioner,                              No. CIV S-08-1277 JAM DAD P

vs.

JOHN DOVEY,

Respondent.                              <u>ORDER</u>

_____/

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an amended petition for a writ of habeas corpus in accordance with this court's November 19, 2008 order.

Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's amended habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Respondent is directed to file a response to petitioner's December 8, 2008 amended habeas petition within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other

/////

1

1  documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254

2  Cases;

3          2.  If the response to the habeas petition is an answer, petitioner's reply, if any,

4  shall be filed and served within thirty days after service of the answer;

5          3.  If the response to the habeas petition is a motion, petitioner's opposition or

6  statement of non-opposition to the motion shall be filed and served within thirty days after

7  service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days

8  thereafter; and

9          4.  The Clerk of the Court shall serve a copy of this order, a copy of the December

10  8, 2008 amended habeas petition, and a copy of the form regarding consent or request for

11  reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

12  DATED: December 16, 2008.

13

14  _____

15  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

16  DAD:9
    lor1277.100

17

18

19

20

21

22

23

24

25

26

2