IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GER LOR,** | CIV S-08-1277 JAM DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN DOVEY,** | |
| Respondent. | |

GOOD CAUSE APPEARING respondent's Application for Extension of Time dated February 23, 2009 is granted. The respondent's responsive pleading to petitioner's amended petition[1], filed on December 8, 2008, is now due March 19, 2009.

DATED: February 25, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lor1277.eot21

---

1. It appears that petitioner filed a duplicate copy of his amended petition on December 17, 2008. That December 17 amended petition will be disregarded.