IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GER LOR,** | CIV S-08-1277 JAM DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN DOVEY,** | |
| Respondent. | |

Respondent has requested a second extension of time to file a responsive pleading to petitioner's amended petition. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. Respondent shall file a responsive pleading on or before April 18, 2009.

DATED: March 19, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/lor1277.111rp(2)