IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GER LOR,** | CIV S-08-1277 JAM DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN DOVEY,** | |
| Respondent. | |

Respondent has filed a request for provisional sealing of Lodged Document No. 9. This portion of the Reporter's Transcript was filed and sealed in the Court of Appeal for the Third Appellate District. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. The Clerk of the Court is directed to file Lodged Document No. 9 under seal. See Local Rule 39-141.

DATED: April 6, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/lor1277.seal